SMITH, et al, Appellants, v. LYLE, Respondent.

(237 N. W. 723.)

(File No. 6742. Opinion filed July 20, 1931.)

*T. B. Thorson,* Special Counsel, Banking Department, of Pierre, *J. H. Lammers,* of Weshington Springs, *Null & Royhl;* of Huron, and *Roy E. Willy,* of Sioux Falls, for Appellants.

*E. E. Wagner* and *Florence M. Ryan,* both of Mitchell, for Respondent.

PER CURIAM. This action was brought by the plaintiff, as superintendent of banks, against the defendant, as administrator of the estate of E. C. Lyle, deceased, for the recovery of excess loans made by the Wessington Springs State Bank while said decedent was an officer of said bank. The issues involved are similar to the issues in Smith v. Fischer et al, 58 S. D. 510, 237 N. W. 718, just handed down, and upon the authority of that case the judgment and order appealed from are reversed.